AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESSE JOSE MARTINEZ | ) | Case No.   SA15-MJ-0020 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/08/2015__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Ct 1 - 21 USC 841(a)(1) & (b)(1)(C) | Possession with Intent to Distribute a Controlled Substance<br>PENALTIES: 0-20 years, $1,000,000 fine, 3 years TSR, $100 SA. |
| Ct 2 - 18 USC 924(c) | Possession of firearms in furtherance of drug trafficking crime<br>PENALTIES: 5 years CONSEC to Ct 1; 3 years TSR, $250,000 fine, $100 SA |
| Ct 3 - 18 USC 922(g)(1) | Convicted Felon in Possession of a Firearm.<br>PENALTIES: 0-10 years, $250,000 fine, 3 years TSR, $100 SA |

This criminal complaint is based on these facts:

See attached affidvait

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Danny Martinez ,SAPD Narcotics  Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   01/09/2015

_____
*Judge's signature*

City and state:   San Antonio, Texas

PAMELA A. MATHY, US MAGISTRATE JUDGE
*Printed name and title*

**CRIMINAL COMPLAINT**
**U. S. v. Jesse Martinez**

I am employed by the San Antonio Police Department (SAPD) and I am currently assigned to the Gang Unit as a Plain Clothes Detective Investigator. I have been employed by SAPD for approximately 13 years and have been involved in numerous Gang and Narcotic investigations on both the state and Federal level.

I received information from a credible and reliable source who in the past has provided information leading to the arrest of numerous individuals involved in gang affiliation and drug trafficking. The information received was that **JESSE MARTINEZ** is selling commercial quantities of Cocaine from XXX W. Mayfield Blvd. Information was also received that **MARTINEZ** is a member of the prison gang "Orejon". Computer research was conducted on **MARTINEZ** and **MARTINEZ** was showing active as an "Orejon" gang member on the city gang file. The credible and reliable source positively identified photographs of **MARTINEZ**, and positively identified **MARTINEZ** as the individual who lived at the listed residence selling Cocaine.

Surveillance was conducted at XXX W. Mayfield Blvd. on various occasions and the vehicles the credible and reliable individual stated belonged to **MARTINEZ** were parked in front of the location, along the curbside, and driveway. During surveillance, **MARTINEZ** was seen exiting and entering the location through the front door with and without using a key to unlock and lock the door. While conducting surveillance, **MARTINEZ** was seen activating the remote control alarm where the lights to the listed vehicle would come on from the front door. Moving surveillance was able to follow **MARTINEZ** throughout the City of San Antonio. **MARTINEZ** was then seen meeting unknown individuals at parking lots and in front of residences where hand to hand transactions would then appear to take place between the individuals and **MARTINEZ**. These meetings where short and **MARTINEZ** and the unknown individuals would depart in separate directions after a quick hand to hand transaction took place. These types of behaviors, when taken together with the information received from the source along with the fact that Cocaine has been seized leaving this location, are consistent with individuals who sell and distribute narcotics.

On January 8, 2015 State Search Warrant #006371 was applied for and granted. A reconnaissance of the listed location was

conducted and a raid plan was developed by our SWAT unit due to **MARTINEZ'** gang affiliation with the "Orejon" gang and **MARTINEZ'** violent criminal history. Gang Unit Detectives were conducting surveillance at **MARTINEZ'** residence while the SWAT unit prepared to execute the search warrant. During this time, **MARTINEZ** was observed activating the alarm system to the red/gold in color Ford Expedition bearing Texas plate #BV62421 where the headlights remained on. A short time later, **MARTINEZ** was observed entering the driver side door and **MARTINEZ** was seen driving the vehicle Westbound towards the intersection of W. Mayfield Blvd. @ the access road to IH35 North. Gang Unit Detectives were able to follow **MARTINEZ** as other Gang Unit Detectives maintained stationary surveillance at **MARTINEZ'** residence. A short distance later, **MARTINEZ** was pulled over for a traffic violation by our Gang Unit uniform officers. **MARTINEZ** was then transported back to his residence.

Gang Unit uniform officers were able to gain entry by breaching the front door to the listed location causing minimal damage. Once inside the residence, **MARTINEZ'** wife and his (3) three kids were secured without incident. No injuries were sustained. Once the residence was secured, State Search Warrant #006371 and Miranda Rights were read to **MARTINEZ** and his wife. Both stated they understood English and their rights. **MARTINEZ** was able to physically point out where the suspected Cocaine and three handguns were hidden. (5) clear plastic baggies containing an aggregate weight of 404 grams of suspected Cocaine was found inside the island of the kitchen. (1) one Springfield Armory .40 caliber handgun serial #US224723 with a loaded magazine containing (12) twelve rounds was found in the middle section of the living room sofa. (1) Stolen Smith & Wesson 9mm handgun serial #PBL7215 with a loaded magazine containing (10) ten rounds was found in the top dresser drawer located in the master bedroom. (1) Hi-point .45 caliber handgun serial #X444115 (laser mounted) with (2) two loaded magazines containing a total of (18) rounds was found in the night stand to the master bedroom. $5,839.00 in U.S. currency was found throughout the house. Digital scales, containers of Supreme Inositol, electric grinders, a breathing mask, plastic baggies used to package narcotics, (4) four metal vices (presses), plastic bag containing assorted jewelry, surveillance cameras, and proof of residence mail for **MARTINEZ** were found throughout the house and the wash room.

**MARTINEZ** was then transported to 555 Academic Court (Gang Unit office) for processing and interview. Once at Academic Court, **MARTINEZ** was read his Miranda Rights while visually and audibly recorded. **MARTINEZ** stated he understood his rights. **MARTINEZ** provided a statement and confessed that all the narcotics and handguns were his. **MARTINEZ** stated that he had the guns for protection due to his narcotic distribution. **MARTINEZ** stated that he had the (4) four metal vices because he manufactured "baby keys" meaning small kilos of Cocaine.

**MARTINEZ** is a convicted felon. The firearms listed above are not manufactured in Texas, and therefore crossed state lines, affecting interstate commerce, prior to **MARTINEZ'** possession. All seized controlled substances were field tested and reacted positive for Cocaine.

_____
Danny Martinez
SAPD Gang Unit Detective

Sworn to before me and subscribed in my presence on January 9, 2015, at San Antonio, Texas.

_____
PAMELA A. MATHY
United States Magistrate Judge